# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| MID-SOUTH BIOLOGICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:17-cv-02028-JTF |
| | ) |
| MIMEDX GROUP, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW the parties, Mid-South Biologics, LLC and MiMedx Group, Inc., and inform the Court of a settlement in this case. The parties are finalizing the settlement and anticipate submitting a consent order of dismissal within the next ten (10) days.

Dated: August 20, 2018

JOINTLY Submitted:

*/s/ Paul C. Peel*_____
Paul C. Peel (BPR No. 19536)
FARRIS BOBANGO BRANAN, PLC
999 South Shady Grove – Suite 500
Memphis, TN 38120
Phone: 901-259-7100
Fax: 901-259-7150
Email: ppeel@farris-law.com

*Attorneys for Plaintiff Mid-South Biologics, LLC*

*/s/ Clarence Wilbon*
Clarence Wilbon (BPR No. 023378)
ADAMS AND REESE LLP
6075 Poplar Avenue
Suite 700
Memphis, Tennessee 38119
Phone (901) 524-5271
Facsimile (901) 524-5371
clarence.wilbon@arlaw.com

*Attorneys for Defendant MiMedx Inc.*